UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY RUSSO | CIVIL ACTION |
| VERSUS | No. 21-1843 |
| SANGHA ASSOCIATES, INC., ET AL. | SECTION: "J"(4) |

## ORDER

Before the Court is a Motion to Enforce Settlement **(Rec. Doc. 4)** filed by Plaintiff, Anthony Russo. Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition with citations of authorities be filed and served no later than eight (8) days before the noticed submission date. Plaintiff set the motion for submission on March 23, 2022. Defendants, however, has failed to file a timely opposition. It further appearing to the Court that the motion has merit,

**IT IS ORDERED** that Plaintiff's Motion to Enforce Settlement **(Rec. Doc. 4)** is **GRANTED** and Defendants shall pay the settlement funds to Plaintiff within 10 days of the date of the signing of this Judgment.

**IT IS FURTHER ORDERED** that sanctions be imposed against Defendants in the amount of $100.00 per day from January 9, 2022 until the settlement sum is paid to Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff is awarded attorney's fees in the amount of $1,500.00 for having to bring this motion.

A motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to Defendant's *Motion to Dismiss* **(Rec.**

**Doc. 6).** Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 24th day of March, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE