UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY RUSSO | CIVIL ACTION |
| VERSUS | NO. 21-1843 |
| SANGHA ASSOCIATES, INC. | SECTION: "J"(4) |

## ORDER

The Court has been advised that parties reached a settlement agreement on January 9, 2022. (Rec. Doc. 4). Further, the Court has granted Plaintiff's motion to enforce the settlement agreement. (Rec. Doc. 5).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to close the case.

New Orleans, Louisiana, this 27th day of May, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE